IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DEMARIO L. ROBERTSON, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 7:20-cv-00024-M-BP |
| STATES, | § |
| Defendants. | § |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff's Complaint, ECF No. 1, is **STRICKEN** from the record in this case; the Clerk of Court **SHALL NOTE** on the docket sheet that the Complaint is **UNFILED**; and Plaintiff **SHALL** file an amended complaint that complies with the pleading standards provided by law by **April 27, 2020**.

Plaintiff is WARNED that the Court may **DISMISS** this case **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court orders if he fails to file an amended complaint by **April 27, 2020**.

**SO ORDERED** this 26th day of March, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE