**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **DEMARIO L. ROBERTSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:20-cv-00024-M-BP** |
| | § | |
| **STATES,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Motions (ECF Nos. 11, 12, and 16) are **DENIED**, and the Clerk of Court **SHALL NOTE** on the docket sheet that the Amended Complaint (ECF No. 14) is **UNFILED**.

**SO ORDERED** this 1st day of September, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE